Vegas Valley Appraisals

File No. 366A3667
Case No.

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

Property Address 3667 San Pascual Avenue      City Las Vegas      State NV    Zip Code 89115
Borrower Chandler      Owner of Public Record Chandler      County Clark
Legal Description Los Cerritos Est Unit #1 Plat Book 8 Page 70 Lot 16 Block 2
Assessor's Parcel # 140-18-312-061      Tax Year 2009      R.E. Taxes $ 739.30
Neighborhood Name Los Cerritos      Map Reference Metro Map 36-A6      Census Tract 0047.17
Occupant [X] Owner [ ] Tenant [ ] Vacant    Special Assessments $ N/A      [ ] PUD    HOA $ None    [ ] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Marketing Purposes
Lender/Client Piet & Wright      Address 509 South Street, Las Vegas, NV 89101
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offerings price(s), and date(s). According to the Property Archive Information the subject property was not listed for sale in the last twelve months.

**CONTRACT**

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A

Contract Price $ N/A      Date of Contract N/A      Is the property seller the owner of public record? [ ] Yes [ ] No    Data Source(s) N/A
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid. N/A

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | | Property Values [ ] Increasing [ ] Stable [X] Declining | | | PRICE $(000) | AGE (yrs) | One-Unit | 75 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [ ] In Balance [X] Over Supply | | | | | 2-4 Unit | % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | 75 Low | 30 | Multi-Family | 05 % |
| Neighborhood Boundaries The subject's market area is bounded to the North by Craig Rd, | | | | | | 150 High | 60 | Commercial | 10 % |
| to the East by Lamb Blvd, to the South by Cheyenne Ave, and to the West by Pecos Rd. | | | | | | 100 Pred. | 40-50 | Other v.land | 10 % |

Neighborhood Description The subject neighborhood is comprised mostly of conforming tract style single family residences with average to good construction quality. Schools, shopping, parks and other support facilities are located nearby. Freeway access and major arterials are close and convenient. Major employment centers are located within a 10-15 mile radius from the subject. Average market appeal is noted due to the general condition and construction quality of homes as well as proximity to local area amenities.

Market Conditions (including support for the above conclusions) According to the latest report by University of Las Vegas Center for Business and Economic Research, "Locally, the consensus seems to be that an adjustment is taking place, but growth will continue to generate enough demand to forestall a major ubiquitous price decline in Clark County." Job growth is good and is anticipated to continue, leading to a continuing demand for housing.

**SITE**

Dimensions Irregular (See Plat Map)      Area 7,590 SF      Shape Irregular      View Typical For Area
Specific Zoning Classification R-1      Zoning Description Single Family Residential
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Water | X | | Street Asphalt | X | |
| Gas | X | | Sanitary Sewer | X | | Alley None | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No    FEMA Flood Zone X    FEMA Map # 32003C2178 E    FEMA Map Date 09/27/2002
Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.
There are no adverse site conditions or external factors.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls Concrete/Avg | | Floors | Vinyl/Carpet/Avg |
| # of Stories 1 | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls Msr. Concrete/Avg | | Walls | Drywall/Avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area None sq. ft. | | Roof Surface Comp. Shingle/Avg | | Trim/Finish | Standard/Avg |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish None % | | Gutters & Downspouts Partial/Typical | | Bath Floor | Vinyl/Avg |
| Design (Style) 1 Story | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type Dual Pane/Avg | | Bath Wainscot | Fiberglass/Avg |
| Year Built 1964 | | Evidence of [ ] Infestation None | | Storm Sash/Insulated None | | Car Storage [ ] None | |
| Effective Age (Yrs) 25 | | [ ] Dampness [ ] Settlement | | Screens 1/2 Screens/Avg | | [X] Driveway # of Cars 1 | |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities [ ] Woodstove(s) # | | Driveway Surface Concrete | |
| [ ] Drop Stair [ ] Stairs | | [ ] Other Fuel Gas | | [X] Fireplace(s) # 1 [X] Fence Wood | | [X] Garage # of Cars 1 | |
| [ ] Floor [X] Scuttle | | Cooling [X] Central Air Conditioning | | [ ] Patio/Deck [ ] Porch | | [ ] Carport # of Cars | |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool [ ] Other | | [X] Att. [ ] Det. [ ] Built-in | |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [X] Washer/Dryer [ ] Other (describe)
Finished area **above** grade contains:  5 Rooms   3 Bedrooms   1.75 Bath(s)   1,242 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) None

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The subject property is in overall average condition with no repairs necessary evident at the time of inspection. No external obsolence noted at inspection. Physical depreciation noted at inspection. Physical depreciation was calculated using the age life method and includes the appraiser's observations, noting recent upgrades, condition and improvements.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe.
The appraiser only performed a visual inspection of accessible areas and that the appraisal cannot be relied upon to disclose conditions and/or defects in the property.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

Vegas Valley Appraisals

File No. 366A3667
Case No.

## Uniform Residential Appraisal Report

There are **4** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **120,000** to $ **155,000**.
There are **7** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **100,000** to $ **145,000**.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3667 San Pascual Avenue Las Vegas, NV 89115 | 2830 Sandy Ln Las Vegas, NV 89115 | | 3684 San Pascual Avenue Las Vegas, NV 89115 | | 3315 Lockwood Avenue Las Vegas, NV 89030 | |
| Proximity to Subject | | 0.16 miles N | | 0.02 miles E | | 0.51 miles NW | |
| Sale Price | $ N/A | $ | 138,000 | $ | 105,000 | $ | 130,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 107.14 sq. ft. | | $ 84.54 sq. ft. | | $ 130.00 sq. ft. | |
| Data Source(s) | | MLS#831773, Tax Records | | MLS#826968, Tax Records | | MLS#780396, Tax Records | |
| Verification Source(s) | | P.Recs. #20080912:03534 | | P.Recs. #20081211:04421 | | P.Recs. #20080909:03262 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | DOM - 42, FHA Seller Contrib. | -9,000 | DOM - 103, FHA Seller Contrib. | -3,000 | DOM - N/A, Conv Seller Contrib. | -7,000 |
| Date of Sale/Time | Time Adjustments | 09/12/2008 | -1,000 | 12/11/2008 | 0 | 09/09/2008 | -1,000 |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7,590 SF | 6,000 SF | +1,000 | 6,237 SF | +1,000 | 6,270 SF | +1,000 |
| View | Typical For Area | Typical for Area | | Typical For Area | | Typical For Area | |
| Design (Style) | 1 Story | 1 Story | | 1 Story | | 1 Story | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 45 yrs | 35 yrs | -10,000 | 45 yrs | | 46 yrs | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 5 / Bdrms 3 / Baths 1.75 | Total 5 / Bdrms 3 / Baths 2.00 * | * see comments | Total 5 / Bdrms 4 / Baths 1.75 | -2,000 | Total 5 / Bdrms 3 / Baths 1.75 | |
| Gross Living Area | 1,242 sq. ft. | 1,288 sq. ft. | 0 | 1,242 sq. ft. | 0 | 1,000 sq. ft. | +5,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/Cent Ht/AC | FWA/Cent Ht/AC | | FWA/Cent Ht/AC | | FWA/Cent Ht/AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 1 Car Garage | 2 Car Garage | -5,000 | 1 Car Carport | +3,000 | 1 Car Carport | +3,000 |
| Porch/Patio/Deck | Ext. Amenities | Similar | | Similar | | Similar | |
| Fence, Pools, etc. | No Pool | No Pool | | No Pool | | No Pool | |
| Interior Upgrades | Upgrades | Similar | | Similar | | Similar | |
| Net Adjustment (Total) | | + [X] - | $ -24,000 | [ ] + [X] - | $ -1,000 | [X] + [ ] - | $ 1,000 |
| Adjusted Sale Price of Comparables | | Net Adj: -17% Gross Adj: 19% | $ 114,000 | Net Adj: -1% Gross Adj: 9% | $ 104,000 | Net Adj: 1% Gross Adj: 13% | $ 131,000 |

[X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) MLS, Tax Records, Clark County Assessor's Office.
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) MLS, Tax Records, Clark County Assessor's Office.
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No sale within 3 years | No sale within 1 year | No sale within 1 year | No sale within 1 year |
| Price of Prior Sale/Transfer | N/A | N/A | N/A | N/A |
| Data Source(s) | MLS, Tax Records | MLS, Tax Records | MLS, Tax Records | MLS, Tax Records |
| Effective Date of Data Source(s) | 02/04/2009 | 02/04/2009 | 02/04/2009 | 02/04/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject property is not known to have been sold or listed for sale within the previous three years. All Comparable Sales used in our analysis are Arm's Length's Transactions. Comparable Sale No. 2 is a model match to the subject located within the subject development while Comparable Sales No. 1 and 3 are similar properties located within the subject market area.  All closed comparables are closed sales within the last six-months with the exception of Comparable Sale No. 4 which is currently listed for sale.

Summary of Sales Comparison Approach   All comparable sales used were chosen on the basis of their similarity to the subject property in terms of age, size, design, utility, and the overall character of the subject's market area.  Equal emphasis is placed on all three comparables, which are similar to the subject property with regard to the most significant aspects. They provide substantial support to this analysis. After a thorough search of the general market area, all comparables used were considered to be the best available and were felt to provide a reliable indication of value. All of the Comparable Sales are located in the subject's competitive market area. Positive and negative adjustments of the Comparable Sales were required in areas of dissimilarity to produce the best indicated value of the subject. Subject competes well with similar sized and aged homes in this area. Adjustments were based on data extracted from the area market, conversations with builders, real estate agents, appraisers and other real estate professionals active in this market area, and are reflective of the probable actions of informed buyers. All adjustments, therefore, are based on the market's reaction to each individual item and not to actual cost.

Indicated Value by Sales Comparison Approach $ 115,000

Indicated Value by: Sales Comparison Approach $ 115,000   Cost Approach (if developed) $  NOT DEV    Income Approach (if developed) $  NOT DEV

Gratest weight is given to the Sales Comparison Approach, the Cost Approach loses reliability as age and depreciation increase and, therefore, was excluded from this analysis. The subject is located in an area of, primarily, owner occupied single family residences.  For this reason, the Income Approach was not considered a meaningful approach to value and was, therefore, excluded from this analysis.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  No Conditions.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ **115,000**    , as of **02/04/2009**    , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70    March 2005

ClickFORMS Appraisal Software 800-622-8727

Fannie Mae Form 1004    March 2005
Page 2 of 17

## Uniform Residential Appraisal Report

| Comparable Adjustment Analysis |
|---|

Financial Concessions: Financial Concessions in the form of seller points paid have been adjusted accordingly.

Site Size: The adjustment for site size between the comparable and subject properties is based on $1,000 per thousand square feet, beginning at a difference of approximately one-thousand square feet. This figure is then rounded to the most appropriate whole number.

Age: The differences in age between the comparable sales and the subject property were adjusted at $1,000 per year, based on actual age. The amount adjusted was based on the reaction of typically informed buyers.

Bedroom Count: The difference in bedrooms counts was adjusted at $2,000 between three and four-bedrooms. The amount adjusted is consistent with the thinking of informed purchasers.

Bathroom Count: Bathroom counts provide appropriate and similar utility to all properties within this analysis, based on their respective square footage. For this reason, no adjustments were necessary.

Gross Living Area: The differences in Gross Living Area between the comparable sales and the subject property were adjusted at a rate of $20.00 per square foot, beginning at a difference of one hundred square feet, then rounded to the most appropriate whole number. The amount adjusted per square foot, as noted above, represents the market's reaction to homes of this quality.

Parking Facilities: Current sales data, within the subject property's market area, indicate market acceptance of car storage as follows: $5,000 per garage car space and $2,000 per carport space. These figures were applied to the comparable sales based on their car storage amenities as they compare to those of the subject.

UPGRADED FEATURES

Exterior:

Interior:
One Fireplace, Alarm System.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate your cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| ESTIMATED | REPRODUCTION OR | REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | |
|---|---|---|---|---|---|
| Source of cost data | | | Dwelling 1,242 Sq. Ft. @ $ | =$ | 0 |
| Quality rating from cost service | Effective date of cost data | | Sq. Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | | |
| | | | Garage/Carport 322 Sq. Ft. @ $ | =$ | 0 |
| | | | Total Estimate of Cost-new | =$ | 0 |
| | | | Less Physical 0 Functional 0 External 0 | | |
| | | | Depreciation | =$ ( | 0 ) |
| | | | Depreciated Cost of Improvements | =$ | 0 |
| | | | "As-is" Value of Site Improvements | =$ | |
| Estimated Remaining Economic Life (HUD and VA only) | | Years | Indicated Value By Cost Approach | =$ | 0 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A  X Gross Multiplier N/A  =$ NOT DEV  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowner's Association (HOA)? [ ] Yes [ ] No  Unit type(s) [ ] Detached [ ] Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases          Total number of units          Total number of units sold
Total number of units rented    Total number of units for sale  Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No  If Yes, date of conversion.
Does the project contain any multi-dwelling units? [ ] Yes [ ] No  Data source. MLS
Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association? [ ] Yes [ ] No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Vegas Valley Appraisals
**EXTRA COMPARABLES 4-5-6**

File No. 366A3667
Case No.

Borrower Chandler
Property Address 3667 San Pascual Avenue
City Las Vegas   County Clark   State NV   Zip Code 89115
Lender/Client Piet & Wright   Address 509 South Street, Las Vegas, NV 89101

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 3667 San Pascual Avenue Las Vegas, NV 89115 | 2236 La Puente Street Las Vegas, NV 89115 | | | | | |
| Proximity to Subject | | 0.84 miles E | | | | | |
| Sale Price | $ N/A | $ 135,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 105.80 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS#872993 | | | | | |
| Verification Source(s) | | Listed on 10/13/2008 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | DOM - 114 | | | | | |
| Concessions | | LP/SP | -9,000 | | | | |
| Date of Sale/Time | Time Adjustments | | | | | | |
| Location | Average | Average | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 7,590 SF | 6,200 SF | +1,000 | | | | |
| View | Typical For Area | Typical For Area | | | | | |
| Design (Style) | 1 Story | 1 Story | | | | | |
| Quality of Construction | Average | Average | | | | | |
| Actual Age | 45 yrs | 46 yrs | | | | | |
| Condition | Average | Average | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5   3   1.75 | 6   3   1.75 | | | | | |
| Gross Living Area | 1,242 sq. ft. | 1,276 sq. ft. | 0 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | None | None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA/Cent Ht/AC | FWA/Cent Ht/AC | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Garage/Carport | 1 Car Garage | 2 Car Garage | -5,000 | | | | |
| Porch/Patio/Deck | Ext. Amenities | Similar | | | | | |
| Fence, Pools, etc. | No Pool | No Pool | | | | | |
| Interior Upgrades | Upgrades | Similar | | | | | |
| Net Adjustment (Total) | | + [X] - | $ -13,000 | + - | $ 0 | + - | $ 0 |
| Adjusted Sale Price of Comparables | | Net Adj: -10% Gross Adj: 11% | $ 122,000 | Net Adj: 0% Gross Adj: 0% | $ 0 | Net Adj: 0% Gross Adj: 0% | $ 0 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No sale within 3 years | Listed for Sale | | |
| Price of Prior Sale/Transfer | N/A | N/A | | |
| Data Source(s) | MLS, Tax Records | MLS, Tax Records | | |
| Effective Date of Data Source(s) | 02/04/2009 | 02/04/2009 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales  Comparable Sale No. 4 was added as a supplemental data to support the final value conclusion.

Summary of Sales Comparison Approach

Vegas Valley Appraisals

Uniform Residential Appraisal Report

File No. 366A3667
Case No.

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Uniform Residential Appraisal Report                                      File No.                Case No.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Vegas Valley Appraisals   File No.   965A3667
Case No.

## Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Michael O'Connor | Name |
| Company Name Vegas Valley Appraisals | Company Name |
| Company Address 2634 Cimarron Cove Ct, | Company Address |
| Las Vegas, NV 89156 | |
| Telephone Number Tel:(702) 459-6655  Fax:(702) 459-2755 | Telephone Number |
| Email Address vegasvalleyappraisals@cox.net | Email Address |
| Date of Signature and Report 02/08/2009 | Date of Signature |
| Effective Date of Appraisal 02/04/2009 | State Certification # |
| State Certification # | or State License # |
| or State License # A.0006146-RES | State |
| or Other (describe)                          State # | Expiration Date of Certification or License |
| State  NV | |
| Expiration Date of Certification or License 09/30/2009 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED
3667 San Pascual Avenue
Las Vegas, NV 89115

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
  Date of Inspection
☐ Did inspect interior and exterior of subject property
  Date of Inspection

APPRAISED VALUE OF SUBJECT PROPERTY $ 115,000
LENDER/CLIENT
Name
Company Name Piet & Wright
Company Address 509 South Street
                Las Vegas, NV 89101
Email Address

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
  Date of Inspection

Freddie Mac Form 70  March 2005                         Fannie Mae Form 1004  March 2005
ClickFORMS Appraisal Software 800-622-8727              Page    7   of   17

Vegas Valley Appraisals
## SKETCH ADDENDUM

| | |
|---|---|
| File No. | 366A3667 |
| Case No. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Chandler | | | | | |
| Property Address | 3667 San Pascual Avenue | | | | | |
| City Las Vegas | County | Clark | State | NV | Zip Code | 89115 |
| Lender/Client Piet & Wright | | Address | 509 South Street, Las Vegas, NV 89101 | | | |



| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| **Living Area** | | |
|     First Floor | | 1242.0 |
|     Total Living Area | | 1242.0 |
| **Garage Area** | | |
|     Attached Garage | | 322.0 |
|     Total Garage Area | | 322.0 |

Vegas Valley Appraisals
## LOCATION MAP ADDENDUM

File No. 366A3667
Case No.

| Borrower | Chandler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3667 San Pascual Avenue | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89115 |
| Lender/Client | Piet & Wright | | Address | 509 South Street, Las Vegas, NV 89101 | | | |



Vegas Valley Appraisals
## PLAT MAP

File No.  366A3667
Case No.

| Borrower | Chandler | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3667 San Pascual Avenue | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89115 |
| Lender/Client | Piet & Wright | | Address | 509 South Street, Las Vegas, NV 89101 | | |



Vegas Valley Appraisals
## SUBJECT PHOTO ADDENDUM

File No. 366A3667
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Chandler | | | | | |
| Property Address | 3667 San Pascual Avenue | | | | | |
| City Las Vegas | | County Clark | State | NV | Zip Code | 89115 |
| Lender/Client | Piet & Wright | | Address | 509 South Street, Las Vegas, NV 89101 | | |



**FRONT OF SUBJECT PROPERTY**
3667 San Pascual Avenue
Las Vegas, NV 89115



**REAR OF SUBJECT PROPERTY**



**STREET SCENE**

ClickFORMS Appraisal Software 800-622-8727

Vegas Valley Appraisals
**SUBJECT PHOTO ADDENDUM**

File No. 366A3667
Case No.

| Borrower | Chandler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3667 San Pascual Avenue | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89115 |
| Lender/Client | Piet & Wright | | Address | 509 South Street, Las Vegas, NV 89101 | | | |



View of the Kitchen



View of Great Room



**Vegas Valley Appraisals**
**COMPARABLES 1-2-3**

File No. 366A3667
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Chandler | | | | | |
| Property Address | 3667 San Pascual Avenue | | | | | |
| City Las Vegas | County | Clark | State | NV | Zip Code | 89115 |
| Lender/Client Piet & Wright | | Address | 509 South Street, Las Vegas, NV 89101 | | | |



**COMPARABLE SALE #   1**
2830 Sandy Ln
Las Vegas, NV 89115



**COMPARABLE SALE #   2**
3684 San Pascual Avenue
Las Vegas, NV 89115



**COMPARABLE SALE #   3**
3315 Lockwood Avenue
Las Vegas, NV 89030

**Vegas Valley Appraisals**
**COMPARABLES 4-5-6**

File No.  366A3667
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Chandler | | | | | |
| Property Address | 3667 San Pascual Avenue | | | | | |
| City Las Vegas | County | Clark | State | NV | Zip Code | 89115 |
| Lender/Client Piet & Wright | | Address 509 South Street, Las Vegas, NV 89101 | | | | |



**COMPARABLE SALE #   4**
2236 La Puente Street
Las Vegas, NV 89115



**COMPARABLE SALE #   5**

**COMPARABLE SALE #   6**

Vegas Valley Appraisals
## COMMENT ADDENDUM

File No.   366A3667
Case No.

Borrower   Chandler
Property Address   3667 San Pascual Avenue
City   Las Vegas          County          Clark          State          NV          Zip Code   89115
Lender/Client   Piet & Wright                       Address   509 South Street, Las Vegas, NV 89101

The latest home price survey from the National Association of Realtors, show a 7.1 percent 12-month decline in Las Vegas.

According to Rick Sharga, a spokesman for RealtyTrac, "What we're seeing is the impact of subprime mortgages coming due," These loans, which were particularly prevalent in Las Vegas, default at much higher rates than traditional, fixed-rate mortgages. The foreclosure problems in Las Vegas stem from the unaffordable terms of the mortgages themselves, rather than from local economic conditions. "It's the [lending] products," said Gail Burks, president of the Nevada Fair Housing Center, "the option adjustable-rate-mortgages (ARMs) and hybrids. They're having a huge impact." These loans feature low introductory fixed rates that reset to much higher ones, usually after two years, and adjust every six months or so after that. When they first adjust, the monthly payment on a $300,000 mortgage can jump by $600 or more, turning a barely affordable mortgage into a totally unaffordable one.

Contributing to the problem in Las Vegas was a steep run-up in home prices. In 2004 alone, the median, single-family home price in the city grew by 47 percent, and that was followed by another 14 percent rise the next year. By 2006, the median home cost $317,400, nearly 50 percent higher than the national average. That compelled many Las Vegas home buyers to use exotic ARMs to get the homes they wanted. Most intended to get a foot in the door, establish a good payment record for a couple of years, and then use their home's appreciation to refinance into an affordable fixed-rate loan. But the numbers didn't pan out. "Prices in many Las Vegas communities have dropped tremendously," said Burks.

According to the Grater Las Vegas Association of Realtors December 2008 Statistics in the subject zip code 89115 there were 452 available inventory, average list price of $113.243, an average sale price of $108,536 and an average of 97 days on the market.

Time Adjustment: The current trend of market conditions favor the buyer. The absorption of available re-sales has decreased in the past six months. There is more resale inventory and the marketing time of the available inventory is typically within 90 - 180 days. These market factors results in decreasing property values and an over supply of inventory in many instances. It is now common to see resale homes and properties selling under the list price.

DECLINING MARKET INDICATORS: The national average of a single family home has declined approximately 7.6% over the past 12 months. The appraiser has researched sales history for the subject's neighborhood to discover a decline closer to 3%. To reflect this current trend in the opinion of value, the appraiser utilized the most recent comparables available. Time adjustments were necessary for all three closed comparable sales. Time adjustment for Comparable Sale No. 2 was not necessary as the calculated adjustment was under $1,000. Additionally, the appraiser has included Comps 4 & 5 which are actively listed and made adjustments of 7% off of their current asking price to reflect likely negotiation and/or final sale price based on the current trends. The appraiser made every effort to provide an opinion of value based on market history as of the effective date. It is beyond the Scope of Work for the appraiser to make any assumptions on the future value of the subject property, as the market is constantly changing.

Time adjustments: (Sale Price) times (% of decline) divided by (12 months) times (# of months since sale date)

FORECLOSURE ACTIVITY- According to RealtyTrac in zip code 89115 out of 1457 properties there are 568 Pre-foreclosures, 241 Auctions, 633 Bank Owned, 6 REO, 1 Government Owned, 1 FSBO and 7 Resale Properties.

Vegas Valley Appraisals

**Appraiser License Certificate**

File No. 366A3667
Case No.

# APPRAISER LICENSE

## STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY
### REAL ESTATE DIVISION

NOT TRANSFERABLE                                           NOT TRANSFERABLE

This is to Certify That: MICHAEL O'CONNOR            License Number: A.0006146-RES

Is duly authorized to act as a LICENSED RESIDENTIAL APPRAISER from the issue date to the expiration date at the business address stated herein, unless the license is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date:  August 21, 2007                          Expire Date:  September 30, 2009

In witness whereof THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statues, has caused this license to be issued with its Seal printed thereon. This license must be conspicuously displayed in place of business.

REAL ESTATE DIVISION

GAIL J. ANDERSON
Administrator

FOR:  VEGAS VALLEY APPRAISALS
      2634 CIMARRON COVE CT
      LAS VEGAS, NV 89156

E & O Insurance

File No. 366A3667
Case No.

Borrower Chandler
Property Address 3667 San Pascual Avenue
City Las Vegas   County   Clark   State NV   Zip Code 89115
Lender/Client Piet & Wright   Address 509 South Street, Las Vegas, NV 89101



**GENERAL STAR NATIONAL INSURANCECOMPANY**
Financial Centre
P.O. Box 10360
Stamford, Connecticut 06904-2360

## REAL ESTATE APPRAISERS ERRORS & OMISSIONS INSURANCE POLICY

### DECLARATIONS PAGE

This is a claims made and reported policy. Please read this policy and all endorsements and attachments carefully.

Policy Number: NJA994395C                Renewal of Number: NJA994395B

1. **NAMED INSURED:** Michael O'Connor
   **STREET ADDRESS:** 2634 Cimarron Cove Ct
   Las Vegas, NV 89156

2. **POLICY PERIOD:** Inception Date: 09/05/2008      Expiration Date: 09/05/2009
   Effective 12:01 a.m. Standard Time at the address of the Named Insured.

3. **LIMIT OF LIABILITY:**
   Each Claim:    $300,000
   Aggregate:     $600,000
   **Claim Expenses** have a separate Limit of Liability:
   Each Claim:    $300,000
   Aggregate:     $600,000

4. **DEDUCTIBLE:** Each Claim: $500.00    Aggregate: $1,000.00

5. **RETROACTIVE DATE:** 09/05/2005
   If a date is indicated, this policy will not provide coverage for any **Claim** arising out of any act, error, omission or personal injury which occurred before such date.

6. **ANNUAL PREMIUM:** $ 501.00

7. **ENDORSEMENTS:**
   This policy is made and accepted subject to the printed policy form together with the following form(s) or endorsement(s).
   GSN-07-AP-122(07/2007) GSN-07-AP-829NV (10/2007)
   GSN-07-AP-201 (06/2007)  GSN-07-AP-375 (10/2007)

8. **MANAGING AGENT**
   Herbert H. Landy Insurance Agency, Inc.
   75 Second Avenue, Suite 410
   Needham, Massachusetts 02494-2876

   *Betsy a magnuson*
   Authorized Representative

GSN-07-AP-720 (06/2007)    © Copyright 2007, General Star Management Company, Stamford, CT    Page 1 of 1
Producer Code: 00026230                                                    Class Code: 73128
Date: 08/15/2008                                                           SLA#: