**Entered on Docket
June 04, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

___

CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
509 South 7th Street
Las Vegas, Nevada 89101
*Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CHANDLER, DALE<br><br>Debtor(s), | CASE NO.: BK-S 08-24013 BAM<br>IN CHAPTER 13 PROCEEDINGS<br><br>Hearing Date: March 19, 2009<br>Hearing Time: 3:30 p.m. |

### ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF GMAC MORTGAGE (ACCT ENDING in 3367) PURSUANT TO 11 U.S.C. 506(a) AND 1322

THE ABOVE MATTER having been heard at the time and date above the Court finds as follows:

1. The Debtor's property located at 3667 SAN PASCUAL AVE.., LAS VEGAS, NV 89115 (the "Subject Property") is valued at $115,000.00.

2. That on the filing date of the instant Chapter 13 Petition, GMAC MORTGAGE (ACCT ENDING in 3367)'s claim was wholly unsecured.

1

**IT IS THEREFORE ORDERED THAT** GMAC MORTGAGE (ACCT ENDING in 3367)'s secured claim is "Stripped off" and shall be avoided pursuant to 11 U.S.C. Section 506(a);

**IT IS FURTHER ORDERED THAT** GMAC MORTGAGE (ACCT ENDING in 3367)'s secured rights and/or lien-holder rights in the Subject Property are hereby terminated and shall be reclassified as a non-priority general unsecured claim, that will be discharged only upon successful completion of the confirmed Chapter 13 Plan. Nothing alters right under a conversion or a dismissal.

DATED this 12th day of May, 2009.

By: /s/ Charles T. Wright
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
509 South 7th Street
Las Vegas, Nevada 89101
*Attorney for Debtor*

Approved by:
KATHLEEN LEAVITT
Chapter 13 Trustee

2

## ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

____ The court has waived the requirement of approval under LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Approved:    KATHLEEN LEAVITT

Disapproved:

Failed to Respond:

###

3